**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Shannon Marie Carl

Debtor(s)

BK NO. 21-00683 HWV

Chapter 7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of CrossCountry Mortgage, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
23 Apr 2021, 14:13:49, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322