Certificate Number: 16339-PAM-DE-035621928

Bankruptcy Case Number: 21-00683



16339-PAM-DE-035621928

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 29, 2021</u>, at <u>2:50</u> o'clock <u>PM EDT</u>, <u>Shannon Carl</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>April 29, 2021</u>         By: <u>/s/Kelley Tipton</u>

                        Name: <u>Kelley Tipton</u>

                        Title: <u>Certified Financial Counselor</u>