BL9719513

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG DIVISION

IN RE:                                          :          Chapter: 7
SHANNON MARIE CARL                              :
                                                :
                                                :
                                                :          BANKRUPTCY NO: 1:21-00683-HWV


REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

  1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor

listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

  2. The address to which all such notices should be sent and substituted for that of the creditor:


**American First Finance**
**c/o Becket & Lee LLP**
**PO Box 3002**
**Malvern, PA 19355-0702**


By: /s/ Shraddha Bharatia
_____

    Shraddha Bharatia, Claims Administrator
    Becket & Lee LLP
    PO Box 3002
    Malvern, PA 19355-0702



    Date:    06/15/2021