In re:  
Shannon Marie Carl  
    Debtor

Case No. 21-00683-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Aug 30, 2021      Form ID: 318      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shannon Marie Carl, 2048 West Philadelphia Street, York, PA 17404-5110 |
| 5415934 | | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5399853 | + | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 5399860 | + | Crosscountry Mtg/doven, 1 Corporate Dr, Lake Zurich, IL 60047-8944 |
| 5399870 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5399871 | + | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 5399872 | + | Wellspan, 1001 S GEORGE ST, YORK, PA 17403-3676 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Aug 30 2021 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bankruptcy@huntington.com | Aug 30 2021 18:41:00 | The Huntington National Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |
| 5399852 | + | EDI: GMACFS.COM | Aug 30 2021 22:43:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 5399855 | + | EDI: CAPITALONE.COM | Aug 30 2021 22:43:00 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5399854 | + | EDI: CAPITALONE.COM | Aug 30 2021 22:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5399856 | + | EDI: WFNNB.COM | Aug 30 2021 22:43:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5399857 | + | EDI: WFNNB.COM | Aug 30 2021 22:43:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5399858 | + | Email/Text: bankruptcy@consumerportfolio.com | Aug 30 2021 18:42:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 5399859 | | EDI: CCS.COM | Aug 30 2021 22:43:00 | Credit Collection Services, P.O. Box 447, Norwood, MA 02062-0447 |
| 5399861 | + | EDI: DISCOVER.COM | Aug 30 2021 22:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5399862 | + | Email/Text: bankruptcy@huntington.com | Aug 30 2021 18:41:00 | Huntington National Bank, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 5399863 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 30 2021 18:40:39 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5399864 | | Email/Text: bankruptcy@nationalcreditsystems.com | Aug 30 2021 18:41:00 | National Credit Systems, Inc., Attn: Bankruptcy, Po Box 312125, Atlanta, GA 31131 |
| 5399865 | | Email/Text: Bankruptcies@nragroup.com | Aug 30 2021 18:42:00 | National Recovery Agency, P.O. Box 67015, |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Harrisburg, PA 17106-7015 |
| 5399866 | | Email/Text: admin@pdminc.net | Aug 30 2021 18:41:00 | Professional Debt Mediation, Attn: Bankruptcy, 7948 Baymeadows Way, 2nd Floor, Jacksonville, FL 32256 |
| 5399867 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 30 2021 18:40:49 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5399868 | | EDI: RMSC.COM | Aug 30 2021 22:43:00 | Sychrony/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 5400307 | + | EDI: RMSC.COM | Aug 30 2021 22:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5399869 | + | EDI: RMSC.COM | Aug 30 2021 22:43:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American First Finance, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lawrence V. Young (Trustee) | lyoung@cgalaw.com pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com |
| Nicholas G. Platt | on behalf of Debtor 1 Shannon Marie Carl ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor CrossCountry Mortgage LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| **Information to identify the case:** | |
|---|---|
| Debtor 1: Shannon Marie Carl (First Name, Middle Name, Last Name) | Social Security number or ITIN: xxx–xx–3791<br>EIN: __-_____ |
| Debtor 2 (Spouse, if filing): (First Name, Middle Name, Last Name) | Social Security number or ITIN: ____<br>EIN: __-_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | |
| Case number: 1:21–bk–00683–HWV | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Shannon Marie Carl

8/30/21

**By the court:**

*[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

Case 1:21-bk-00683-HWV    Doc 21    Filed 09/01/21    Entered 09/02/21 00:25:53    Desc
Imaged Certificate of Notice    Page 3 of 4

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**